ATTORNEY GENERAL--OFFICE COPY

EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MICHAEL W. JORGENSON
Supervising Deputy Attorney General
EMILY L. BRINKMAN, State Bar No. 219400
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5742
  Fax: (415) 703-5843
  Email: Emily.Brinkman@doj.ca.gov
Attorneys for Defendants Horel, Risenhoover,
McLean, Thacker, Worch, and Sayre

ORIGINAL FILED
APR 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY COOK,

    Plaintiff,

v.

ROBERT HOREL, et al.,

    Defendants.

Case No. CV 08 1925 CRB

DEMAND FOR JURY

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

    PLEASE TAKE NOTICE that under Federal Rule of Civil Procedure 38, Defendants demand

\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\

Defs.' Demand for Jury Trial

*Cook v. Horel et al.*
Case No. _____

1

1  a jury trial in this matter.

2      Dated: April 10, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

MICHAEL W. JORGENSON
Supervising Deputy Attorney General

EMILY L. BRINKMAN
Deputy Attorney General
Attorneys for Defendants Horel, Risenhoover, McLean, Thacker, Worch, and Sayre

40239927.wpd
SF2008401015

Defs.' Demand for Jury Trial     Cook v. Horel et al.
Case No. _____

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **T. Cook v. R. Horel, et al.**

Case No.:    **Del Norte County Superior Court, Case No. CVPI07-1026**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>April 11, 2008</u>, I served the attached

**DEMAND FOR JURY**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Timothy Cook
E-40919
Pelican Bay State Prison
P.O. Box 7500, D4-206
Crescent City, CA 95532
Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **April 11, 2008**, at San Francisco, California.

_____M. Xiang_____              _____[signature]_____
      Declarant                               Signature