1  Timothy Cook, E40919
2  P.O. Box 7500 D4/206
3  Crescent City, Ca. 95532
4  Plaintiff - In Pro Per

FILED
08 APR 28 PM 1:05
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In The United States District Court
for the Northern District of California

Timothy Cook,
            plaintiff,
    v.
Robert Horel et al.,
            defendants.

CASE NO. CV081925CRB

PLAINTIFFS OPPOSITION TO THE DEFENDANTS' WAIVER OF REPLY AND REQUEST FOR SCREENING ORDER; REMOVAL OF ACTION; AND DEMAND FOR JURY UNDER — —

Title 28 U.S.C. §§ 1915A, 1441(c)(b); and FEDERAL RULE OF CIVIL PROCEDURE 38.

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

For his opposition to the defendants' waiver of reply and request for screening order; notice of removal of action; and demand for jury trial, Plaintiff states:

I.

1) Defendants' Horel, Risenhoover, McLean, Thacker, Worch and Sayre waiver to reply to Plaintiffs first amended complaint and summons (served), invokes state default and judgment proceedings pursuant to California Code of Civil Procedure (CCP) §§ 585-587, 1169; §§ 585, 664.6, because defendants' are required to respond to plaintiffs first amended complaint and summons (served) (30) thirty days

plaintiffs opposition                                Cook v. Horel, et al.
                                                     case no. _____

1

after service, (CCP) §§ 412.20, 465.

## II.

2). Plaintiffs civil state Tort (personal injury) was lawfully brought and pending before the Superior Court, Del Norte County, case no. CVPI07-1026 pursuant to (CCP) § 425.12, and is governed by (CCP), California Rules of Evidence (CRE), and local rules of court. (See, e.g., Denari v. Superior Court of Kern County (County of Kern), (1989) 215 Cal.App.3d 1488 [264 Cal.Rptr. 261] (where mixed Federal and state claims brought in state court, state law evidentiary priviledges applied).

## III.

3). Del Norte Superior Court has (general jurisdiction); is proper because injury to person and/or damage to personal property occured in its jurisdictional area, and at least one defendant now resides in its jurisdictional area. Said court has authority to hear a wide range of cases, civil or criminal, that arise within its geographic area.

4) Venue may be changed when there is a reasonable likelihood that a fair and impartial trial cannot be held in the county, or when it appears that it will be impossible to secure a jury because the panel has been exhausted. (Pen C §§ 1033-34)

5) In this instance, neither case is a factor for removing plaintiffs state action to the district court.

## IV.

6). Defendants must not be allowed to use Federal Courts as a shield to disreguard their legal obligations to comply with (CCP) California Tort Act and/or plaintiffs lawsuit.

7) Defendants' attempt to manipulate Federal Courts to

1 waive their right to reply and request for screening order;
2 removal of (state) action; and demand for jury trial shows
3 an attribute of bad-faith.

## V.

8) For the aforementioned reasons Plaintiff respectfully requests this court to deny defendants' motions for:

 a) waiver of reply and request for screening order under 28 U.S.C. § 1915A

 b) removal of action under 28 U.S.C. § 1441(c) [Federal Question]

 c) demand for jury trial under Federal Rules of Civil Procedure (FRCP) 38 ...

and to remand all matters to state court for further proceedings.

date: April 18, 2008

Respectfully Submitted,
Timothy Cook
*Timothy Cook*
Plaintiff-In Pro Per

Plaintiff's opposition                                    Cook v. Horel et al.
                                                          Case no. _____

## PROOF OF SERVICE BY MAIL

(C.C.P. Section 101a #2105.5, 20 U.S.C. 1746)

I, Timothy Cook, am a resident of Pelican Bay State Prison, in the County of Del Norte, State of California. I am over eighteen (18) years of age and am a party to the below named action.

My Address is: P.O. Box 7500, Crescent City, CA 95531.

On the 18 day of April, in the year of 2008, I served the following documents: (set forth the exact title of documents served)

Plaintiff's (opposition) motion to the defendants' waiver of reply and request for screening order; Notice of Removal; and demand for jury under 28 U.S.C. §§ 1915A; 1441(c)(6) and (FRCP) 38

on the party(s) listed below by placing a true copy(s) of said document, enclosed in a sealed envelope(s) with postage thereon fully paid, in the United States mail, in a deposit box so provided at Pelican Bay State Prison, Crescent City, CA 95531 and addressed as follows:

United States District Court for
the Northern District of California
U.S. Court House / Office of Clerk
450 Golden Gate Avenue
San Francisco, Ca. 94102-3483

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 18 day of April, 2008.

Signed: Timothy Cook
(Declarant Signature)

Rev. 12/06

Timothy Cook, E40919 D4-206
P.O. Box 7500 PBSP-SHU
Crescent City, Ca. 95532

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

MAILED FROM ZIP CODE 95531

United States District Court for
the Northern District of California
U.S. Courthouse / Office of the Clerk
450 Golden Gate Avenue.
San Francisco, Ca. 94102-3483

Confidential
Legal Mail