IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIMOTHY J. COOK, | ) | |
| Plaintiff(s), | ) | No. C 08-1925 CRB (PR) |
| vs. | ) | ORDER |
| ROBERT HOREL, et al., | ) | |
| Defendant(s). | ) | |

Plaintiff has filed a motion to compel discovery.  He alleges that defendants' counsel has failed to respond to his discovery requests and his attempt to resolve this matter without court intervention.

Defendants shall file an opposition, or notice of non-opposition, to plaintiff's motion by no later than November 7, 2008.

SO ORDERED.

DATED:  October 31, 2008

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.08\Cook, T1.or2.wpd